**FILED**
OCT 29 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8877

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Enrique FLORES-Morales, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about October 27, 2007, within the Southern District of California, defendant Enrique FLORES-Morales did knowingly and intentionally import approximately 56.64 kilograms (124.60 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____, SSA
Paul Lewenthal, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 29th DAY OF OCTOBER, 2007.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Paul Lewenthal, declare under penalty of perjury, the following is true and correct:

On 10/27/07, Enrique FLORES-Morales entered the United States through the Calexico, California West Port of Entry. FLORES was the driver a 1984 Ford Bronco bearing BA/MX license plate BAJ7232. U.S. Customs and Border Protection Officers discovered 24 packages concealed within the vehicle's tires. One package was probed producing a green leafy substance that field tested positive for marijuana. The 24 packages were removed and weighed. The total weight of the marijuana packages was 56.64 kilograms (124.6 Lbs.)

FLORES was arrested in violation of Title 21 United States Code (USC) 952, Importation of a Controlled Substance. FLORES acknowledged and waived his Miranda Rights and admitted knowledge of smuggling the marijuana. FLORES stated that he was going to be paid $1,400 to cross the marijuana-laden vehicle into the United States. FLORES was processed and booked into the Imperial County Jail to await his initial appearance before a U.S. Magistrate Judge.

Executed on __10/28/07__ (date) at __1512__ (time)

_____
SPECIAL AGENT

On the basis of the facts presented in the probable cause statement consisting of 1 page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on October 27, 2007 in violation of Title 21, United States Code, Section(s) 952 & 960.

_____　　　10/28/07 6:00pm
United States Magistrate Judge　　　Date/Time